## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Ramon E. Reyes__         DATE: __11/8/2023__

DOCKET NUMBER: __23-CR-443(FB)__         LOG #: __4:47-6:28__

DEFENDANT'S NAME: __Robert Brooke__
__X__ Present (via tel)    ____ Not Present    __X__ Custody    ____ Bail

DEFENSE COUNSEL: __Vincent Martinelli__
____ Federal Defender    ____ CJA    __X__ Retained

A.U.S.A.: __Anna Karamigios & ~~Matthew~~ Andrew Roddin Galiotti__    CLERK: __M. Sica__

Court Reporter: _____    (Language) _____

__X__ Defendant arraigned on the: __X__ indictment ___ superseding indictment ___ probation violation

__X__ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held.    ____ Defendant's first appearance. ✓
  ✓ Bond set at $1,000,000.00    Defendant ___ released ✓ held pending satisfaction of bond conditions.
  ✓ Defendant advised of bond conditions set by the Court and signed the bond.
  __1__ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  __2__ (Additional) surety/ies to co-sign bond by __11/9/23. Via telephone 2pm__
  ____ After hearing, Court orders detention in custody.    ____ Leave to reopen granted
  ✓ Temporary Order of Detention Issued. Bail Hearing set for __11/9/23 @ 2pm__

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__X__ Order of Excludable Delay/Speedy Trial entered. Start __11/8/23__ Stop __12/8/23__
____ Medical memo issued.

____ Defendant failed to appear, bench warrant issued.

__X__ Status conference set for __12/8/23__ @__2:30__ before Judge __Block__

Other Rulings: __All parties appeared__         __Pretrial Officer    present__

Brady Act ordered on the record. The Government stated on the record reasons why the defendant should not be released. Defense opposed as stated on the record. The court agreed to the bail package with conditions. The Gov't asked for a stay pending appeal until 11/9/23