LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

July 2, 2024

BY ECF
Hon. Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joseph Lanni
23 Crim. 0443 (FB)

Dear Judge Block:

    As you are aware, I represent Joseph Lanni, the defendant in the above matter. I am writing to respectfully request that the conditions of Mr. Lanni's appearance bond be modified so as to permit him to attend two dinners with his family to celebrate two of his daughters' milestone birthdays. Mr. Lanni has not made a single request to Your Honor for modification of the conditions of his bond since being released onto home incarceration in December of last year – more than seven months ago.

    The two birthday dinners are as follows: on July 6, at Carbone, 181 Thompson Street, New York, New York (5:30 pm to 8:30 pm) for his daughter IL's 16th birthday, and on July 20 at Berkeley Cut Steak House, 2204 Central Avenue, Seaside Park, New Jersey, (7 pm to 10 pm) for his daughter Arianna's 21st birthday.

    Pretrial Services Officer Tara Sarnelli has advised me that pretrial consents to this request. AUSA Matthew Galeotti also has advised that the government has no objection.

    Thank you for your consideration.

Respectfully yours,

Frederick L. Sosinsky

FLS:bms