

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Wayne E. Gosnell, Jr.
Partner
gosnell@clayro.com

September 12, 2024

BY ECF

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Lanni, et. al., 23 Cr. 443 (FB)

Dear Judge Block:

  We are the attorneys for Vito Rappa, who is charged in the above-referenced indictment. We submit this letter to request a modification of Mr. Rappa's pre-trial release conditions to permit him to travel to Sinking Spring, Pennsylvania for work on Monday, September 16, 2024. The specific address has been provided to Pre-Trial Services.

  We previously conferred with Pre-Trial Services Officer Joohn Kim (EDNY) and the United States Attorney's Office for the Eastern District of New York, both of which had no objection to Mr. Rappa's request.

  Thank you for your attention to this matter.

            Very truly yours,
            /s/
            Wayne E. Gosnell, Jr.